**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1594**

---

BRENDA P. LOWDER,

                                        Plaintiff - Appellant,

        versus

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

                                        Defendant - Appellee,

        and

GROUP    BENEFIT    PLAN;    FARMER'S    TELEPHONE
COOPERATIVE, INCORPORATED,

                                        Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(CA-02-1355-4-23)

---

Submitted:  April 27, 2005          Decided:  May 11, 2005

---

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Chalmers C. Johnson, CHALMERS JOHNSON LAW FIRM, Charleston, South
Carolina, for Appellant. Debbie W. Harden, Katherine T. Lange,
WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Charlotte, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brenda P. Lowder appeals the district court's order denying relief on her claim seeking disability benefits from a plan governed by the Employee Retirement Income Security Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lowder v. Hartford Life & Accident Ins. Co., No. CA-02-1355-4-23 (D.S.C. Mar. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED